DAVIS, ASSESSOR-COLLECTOR OF TAXES, BEXAR COUNTY, TEXAS, ET AL. *v.* MABRY ET AL.

No. 774. Decided March 8, 1965.

*Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *Mary K. Wall,* Assistant Attorney General, *James E. Barlow* and *Preston H. Dial, Jr.,* for appellants.

PER CURIAM.

The judgment is affirmed. *Carrington* v. *Rash, ante,* p. 89.

MR. JUSTICE HARLAN would reverse the judgment of the District Court for the reasons stated in his dissenting opinion in *Carrington* v. *Rash, ante,* at 97.